659 A.2d 982

**Debra KRUPINSKI, Petitioner,**

v.

**VOCATIONAL TECHNICAL SCHOOL EASTERN NORTHAMPTON COUNTY, Respondent.**

Supreme Court of Pennsylvania.

May 24, 1995.

## *ORDER*

PER CURIAM:

AND NOW, this 24th day of MAY, 1995, the Petition for Allowance of Appeal is **GRANTED,** but limited to the issue of:

Whether the principles of *Lyness v. State Board of Medical Examiners,* 529 Pa. 535, 605 A.2d 1204 (1992) were violated by the School Board's actions in both recommending suspension and reviewing the propriety of the suspension?

MONTEMURO, J., is sitting by designation.